IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRYANT A. GARDNER,<br><br>           Plaintiff,<br><br>vs.<br><br>JAMES R. COE, Nebraska Workers Compensation Administrative Law Judge, Official capacity; TIMOTHY E. CLARKE, Attorney, Baylor, Evnen. LLC., Individual capacity; RICHARD RENSCH LAW, Attorney/Trustee, Individual capacity; and PATRICK E. MCNAMARA, attorney, Individual capacity;<br><br>           Defendants. | 8:19CV521<br><br>ORDER |

       The clerk's office received an email from the plaintiff on August 21, 2020, containing a notice of appeal of the court's July 22, 2020 Memorandum and Order (filing 7) and Judgment (filing 8). I will direct the Clerk to file it and proceed accordingly. IT IS SO ORDERED.

       Dated this 24th day of August, 2020.

       BY THE COURT:

       *Richard G. Kopf*

       Richard G. Kopf
       Senior United States District Judge